Cynthia SCHUENKE, Respondent,

v.

## COMMUNITY FIRE PROTECTION DISTRICT, et al., Appellants.

### No. ED 100928

Missouri Court of Appeals
Eastern District
DIVISION ONE

Filed: November 4, 2014

Motion for Rehearing and/or Transfer
to Supreme Court Denied
December 15, 2014

Application for Transfer Denied
February 24, 2015

Steven J. Hughes, Natalie Higgins, 100 South Fourth Street, Suite 400, Saint Louis, Missouri 63102, for Appellants.

C. John Pleban, Lynette M. Petruska, 2010 S. Big Bend Blvd., Saint Louis, Missouri 63117, for Respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Glenn A. Norton, J.

### ORDER

PER CURIAM.

Community Fire Protection District ("the District") and the District's Board of Directors ("the Board") appeal the judgment reversing and remanding the Board's decision to terminate Cynthia Schuenke. No error of law appears. An extended opinion would have no precedential value.

We have, however, provided the parties with a memorandum setting forth the reasons for our decision. We affirm the trial court's judgment under Rule 84.16(b).